# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CHERYL L. BOOTH,
      Plaintiff,


vs.                                    CASE NO. 8:07-CIV-666-T-17-MAP


LIFE INSURANCE COMPANY OF
NORTH AMERICA,
      Defendant.
_____/

### ORDER

      This cause is before the Court on the defendant's motion to dismiss or strike (Docket No. 6) and response thereto (Docket No. 7).  The Court finds the response, which agrees that the present complaint should be dismissed with leave to amend, persuasive.  Accordingly, it is


      **ORDERED** the motion to dismiss or strike is **granted** insofar as the complaint is dismissed without prejudice and the plaintiff has up to and including June 1, 2006, in which to file an amended complaint.


      **DONE and ORDERED** in Chambers, in Tampa, Florida, this 25th day of  May, 2006.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE


Copies to:  All Parties and Counsel of Record